UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES KINNEY

    Plaintiff,

    v.

LOS ANGELES COUNTY SUPERIOR COURT JUDGE LUIS A. LAVIN, et al.,

    Defendants.
_____/

No. C 14-3817 PJH

**ORDER**

Defendants in the above-entitled action having moved to dismiss the complaint for lack of subject matter jurisdiction and for failure to state a claim, the court hereby discharges the August 22, 2014 order to show cause.

**IT IS SO ORDERED.**

Dated: September 30, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge